Hiram B. Winslow and Charles Winslow, Plain-

FIRST DEPARTMENT, MARCH TERM, 1888.

tiffs, v. The Boston and Albany Railroad Company, Defendant.— Motion for a new trial denied, and judgment directed for the defendant upon the exceptions, with costs. Opinion by Williams, J.